**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Michael Picard,**
*Plaintiff,*

*v.* Case no.: 2024-CV- ______

**Stephen J. Ridge,**
*Defendant.*

## Introduction

1. This § 1983 lawsuit serves to reinforce the basic proposition that every decent person should have learned during their childhood: No one has a right to steal from others—not even police officers. Enter Boston Police Detective Stephen J. Ridge who, acting under the color of law, forcibly stole Mr. Picard's megaphone based on the falsehood that he was "inciting a riot." Detective Ridge did not have a warrant to seize or search the megaphone, he did not detain Mr. Picard to investigate a crime, he did not charge and arrest Mr. Picard—he did not even give Mr. Picard a property receipt. Instead, Detective Ridge ordered Mr. Picard to leave him alone and so other Boston police officers, wearing riot gear and armed with billy clubs, enthusiastically joined in and shoved Mr. Picard away. The Defendant violated, and continues to violate, Mr. Picard's First, Fourth, and Fourteenth Amendment rights.

## JURISDICTION AND VENUE

2. The United States District Court has jurisdiction over this dispute because the Plaintiff's claims arise under the law of the United States. 28 U.S.C. § 1331.
3. Venue is proper in the District of Massachusetts because the Defendant lives in the district and because all of the events giving rise to the Plaintiff's claims transpired within this district. 28 U.S.C. § 1391(b)(1) and (2).

## PARTIES

5. The Plaintiff, Michael Picard ("Plaintiff"), is a civil rights activist, a satirist, and an internet personality who has amassed a following of 26,000+ followers on Facebook and 94,000+ subscribers on YouTube. Plaintiff is a United States citizen and a resident of Connecticut.
6. The Defendant, Stephen J. Ridge, was and is, at all time relevant to this suit, employed by the Boston Police Department, with the job title of Detective.

## FACTS

7. On the morning of Saturday, November 16, 2024, a group of men met at Planned Parenthood on Commonwealth Ave. in Boston to rally against abortion. It was billed as "[t]he National Men's March to Abolish Abortion and Rally for Personhood"[1] ("Men's March").
8. Their mission is to "abolish the ongoing, daily mass murder of innocent children in our nation … ."[2]
9. The Plaintiff was there to satirize the men and the rally.
10. The men spoke in front of the Planned Parenthood for approximately 15 to 30 minutes and then proceeded to march eastward on Commonwealth Ave. toward the Boston Common.
11. The Plaintiff joined alongside the men, lampooning them by wearing a red handmaiden's dress, a white bonnet, a pink dog collar and a black leash, speaking into his megaphone:

---

[1] https://themensmarch.com/boston-2024/

[2] https://themensmarch.com/about/ (See mission statement).

a. "It is the year 3434 and we've given all the rights to women. This is what is to become of us men if we allow women to have rights. Don't let it happen, men, don't let it happen!"
b. "The bible says, men, do not let women have rights, lest we become their bitches."
c. "No more women's rights!"
d. "Her vagina, our choice!"
e. "I'm with them!"

12. Approximately 40 minutes after the march toward Boston Common commenced, beside Boston Hotel Buckminster on Beacon St. and just before the Brookline Ave. intersection, counterprotestors blocked the roadway, bringing the march to a halt.
13. Police then called in reinforcements and ordered the counterprotestors who were blocking the roadway to disperse.
14. The counterprotestors who blocked the roadway dispersed with very few arrests and the men's march commenced toward the Boston Common again.
15. The Plaintiff took to his megaphone again, saying, "This is what happens when you fuck with us men," inferring that dissent will be silenced by riot police.
16. The Men's March and the counterprotestors continued to peacefully march and chant alongside each other.
17. Immediately, the Defendant grabbed the Plaintiff's megaphone from his hand, without warning, and searched it by opening up a locked compartment of the megaphone and rifling through it.

18. When the Plaintiff asked what right the Defendant had to steal his property, the Defendant responded, "You're inciting a riot."
19. The Plaintiff insisted that the Defendant give him his megaphone back, but the Defendant ordered the Plaintiff away from him and riot police shoved him away.
20. The Plaintiff inquired with multiple officers about getting his megaphone back, but they all claimed to have no knowledge regarding his megaphone.
21. The Plaintiff was never given his megaphone back.
22. Upon information and belief, the megaphone was destroyed.

**Count I – Retaliation Against Mr. Picard for His Expression**

23. The Plaintiff incorporates the factual allegations set forth in Paragraphs 1 – 22 as if fully set forth herein.
24. By taking the seizing and destroying his megaphone, and by threatening him with a bogus charge of "inciting a riot," the Defendant retaliated against Mr. Picard's speech lampooning the police and the men's march.

**Count II – Violation of Mr. Picard's Fourth Amendment Right Against Warrantless Seizure of his Property**

25. The Plaintiff incorporates the factual allegations set forth in Paragraphs 1 – 24 as if fully set forth herein.
26. The Fourth Amendment reads, in pertinent part, that "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, … ."
27. By seizing and searching Mr. Picard's megaphone without a warrant, or without probable cause and/or reasonable suspicion that it contained, or was in and of itself, contraband, or pursuant to an arrest, or that it was used in the commission of

a crime, the Defendant violated Mr. Picard's Fourth Amendment right to be secure in his effects.

**Count III — Violation of Mr. Picard's Fourteenth Amendment Right to Due Process**

28. The Plaintiff incorporates the factual allegations set forth in Paragraphs 1 – 27 as if fully set forth herein.

29. The Fourteenth Amendment to the United States Constitution reads, in pertinent part, "…nor shall any State deprive any person of life, liberty, or property, without due process of law;… ."

30. By seizing Mr. Picard's megaphone without giving him a property receipt, or providing any process whatsoever to retrieve the megaphone, or to contest the megaphone's seizure, the Defendant violated Mr. Picard's right to due process.

31. The Plaintiff claims a trial by jury on all disputes so eligible.

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter judgment in favor of the Plaintiff, Michael Picard, and against the Defendant, Stephen J. Ridge, by:

1. Awarding damages, and punitive damages, for the defendant's violations of Plaintiff's rights;
2. Declaring the Defendant's actions unconstitutional
3. Ordering the Defendant to return Plaintiff's property back to him;
4. Ordering the Defendant to say he's sorry;
5. Grant the Plaintiff such other and further relief as the Court deems just.

Dated: November 21, 2024 Michael Picard

THE PLAINTIFF,
MICHAEL PICARD
142 Bissell St.
Manchester, CT 06040
Phone: (860) 306-4955
Email: Michael@Picard.co