UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Michael Picard**,
*Plaintiff,*

*v.*  Case no.: 1:24-cv-12891-WGY

**Stephen J. Ridge**,
*Defendant.*

**MOTION TO PERMIT LAPTOP**

Pursuant to a June 1, 2014, policy regarding electronic devices in U.S. District courthouses in Massachusetts,[1] pro se Plaintiff in the above-captioned case seeks The Court's permission to possess and use his laptop in the upcoming hearing on March 20, 2025, and all future hearings in this case. As grounds for this motion, the Plaintiff states:

1. The policy states that the general public is not permitted to use a laptop computer, but that attorneys with a valid bar card from any jurisdiction, and the media or interpreters who present a Massachusetts ID, are allowed to use a laptop.

2. While the Plaintiff is representing himself, he does not have a bar card, nor is he media or an interpreter with a Massachusetts ID, which precludes him from using a laptop absent a court order.

3. All case-related files and research that would aid him in making his arguments, and answering any questions that The Court may have, is located on his laptop. In addition, his calendar, which would aid in scheduling any future hearings and/or deadlines, is kept on his laptop.

---

[1] https://www.mad.uscourts.gov/general/pdf/ElectronicDevices.pdf

4. The Plaintiff understands and takes his duties as a pro se litigant seriously and will use his laptop for court-related business only.

5. The Defendant, through Counsel, does not object to this motion.

Dated: March 13, 2025     /s/ Michael Picard

        THE PLAINTIFF,
        MICHAEL PICARD
        142 Bissell St.
        Manchester, CT 06040
        Phone: (860) 306-4955
        Email: Michael@Picard.co

### Certificate of Compliance with Local Rule 7.1(a)(2)

The Plaintiff, Michael Picard, hereby certifies that, pursuant to **L.R., D. Mass. 7.1(a)(2)**, The Plaintiff and the Defendant, though counsel, have conferred by telephone on March 11, 2025, and the Defendant does not object to this motion.

/s/ Michael Picard
Michael Picard

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I filed the foregoing motion to Permit Laptop through the ECF system, which will be sent electronically to all parties registered, or by first class mail to all parties not registered.

/s/ Michael Picard
Michael Picard