# **<u>Exhibit 3</u>**

Defendant's Verified Request For Admission Response

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:24-cv-12891-WGY

MICHAEL PICARD,
               Plaintiff,

v.

STEPHEN J. RIDGE,
               Defendant.

**DETECTIVE RIDGE'S ANSWERS TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION**

Pursuant to Fed. R. Civ. P. 36, the Defendant, Detective Stephen Ridge ("Det. Ridge"), answers the first requests for admission propounded by plaintiff Michael Picard (the "Plaintiff") as follows:

**REQUEST NO. 1:**

Admit that Mr. Picard never said, "if you fuck with us, we will fuck with you," as you previously stated in ¶ 15 of your answer to Mr. Picard's complaint.

**ANSWER NO. 1:**

Admitted. However, Det. Ridge recalled, and still recalls, that this was what Mr. Picard said. Further, in his Answer to Mr. Picard's Complaint, Det. Ridge qualified his response with the phrase "something along the lines of," which is accurate.

**REQUEST NO. 2:**

Admit that Mr. Picard said, "…We Fuck with you," as you previously stated in the police report that was authored by you. (Bates no. D12).

**ANSWER NO. 2:**

Denied.

Plaintiff's megaphone during their interaction. The megaphone was loud and Det. Ridge believed it to be on maximum volume.

**REQUEST NO. 8:**

Admit that a riot never occurred because of Mr. Picard.

**ANSWER NO. 8:**

Det. Ridge admits that he did not witness Mr. Picard cause a riot, but he witnessed him escalating the situation and was concerned that he would cause a riot if he was allowed to continue using the megaphone to incite protesters and counter-protesters. Det. Ridge is without sufficient knowledge or information to admit or deny Mr. Picard's role in events prior to his arrival on scene or in connection with the incident in Kenmore Square that caused his deployment.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF JULY, 2025.

_____
Name: Stephen J. Ridge

As to objections:

STEPHEN J. RIDGE
By his attorney:

ADAM N. CEDERBAUM
Corporation Counsel

_____/s/ Edward F. Whitesell, Jr._____
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045
edward.whitesell@boston.gov

Dated: July 29, 2025

3