# Exhibit 8

Megaphone Purchase Receipt

# Order Summary

Order placed October 29, 2024 | Order # 111-3815282-0769010  **Print**

**Ship to**

Michael Picard
42 ELMS VILLAGE DR
EAST HARTFORD, CT 06118-2609
United States

**Payment method**

Visa  ending in 6630

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $66.00 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $66.00 |
| Estimated tax to be collected: | $4.19 |
| **Grand Total:** | **$70.19** |



**Pyle Megaphone 50-Watt Siren Bullhorn - Bullhorn Speaker w/ Detachable Microphone, Portable Lightweight Strap & Rechargeable Battery - Professional Outdoor Voice for Police & Cheerleading - PMP57LIA**

Sold by: Amazon.com

Supplied by: Other

Return window closed on November 30, 2024

$66.00