# Exhibit 9

Megaphone Return Receipt



*City of Boston*
*Law*

March 20, 2025

**VIA HAND DELIVERY**
Michael Picard
142 Bissell Street
Manchester, CT 06040

   Re: *Picard, Michael v. Ridge, Stephen*
     United States District Docket No. 1:24-cv-12891-WGY

Dear Mr. Picard,

   This letter serves to confirm that on March 20, 2025 at the Motion to Dismiss Hearing in Courtroom 18 in the John Joseph Moakley United States Courthouse, Senior Assistant Corporation Counsel Edward Whitesell returned the megaphone taken by Detective Stephen Ridge on November 16, 2024. By signing this letter, you acknowledge receipt of the megaphone and agree to preserve the megaphone as evidence for the pendency of this litigation.

   Thank you for your attention to this matter.

         Very truly yours,

         */s/ Emily Summersby*

         Emily Summersby
         Paralegal
         (617) 635-4029

Signed by:

_____    3/20/25
Michael Picard        Dated: