# Exhibit 12

Police Body Cam Footage

(Manual Filing)

D50 -
142_Beacon_Brookline_#1_(Kenmore_Sq)-2024-11-16_11h00min
00s000ms.mp4