**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Michael Picard**,

*Plaintiff,*

*v.*                                                    Case no.: 1:24-cv-12891-WGY

**Stephen J. Ridge**,

*Defendant.*

**PLAINTIFF'S MOTION IN LIMINE NO. 1 TO ADMIT SUMMARY OF DETECTIVE RIDGE'S POLICE REPORT TIMING UNDER F.R.E. 1006**

Plaintiff Michael Picard respectfully moves this Court for an order admitting a summary table of Detective Stephen Ridge's police report timing from 2020 through 2024, Bates Nos. D763–D896, under Federal Rule of Evidence 1006.

As set forth more fully in the accompanying memorandum, the underlying records consist of approximately 133 pages and approximately 40 police reports produced by Defendant in discovery. The proposed table summarizes only objective, non-narrative information appearing on the face of those reports, including the incident number, report type, report author, incident date/time, report date/time, and elapsed time between the incident and the report.

The table does not summarize the factual allegations, witness statements, investigative conclusions, arrest circumstances, or narrative contents of any unrelated police report. It is offered only to assist the jury in evaluating the timing of Detective

1

Ridge's report-writing and documentation practices, including whether the delayed documentation in this case was routine, unusual, or consistent with Plaintiff's contention that the later paperwork was created as an after-the-fact justification for the seizure of Plaintiff's megaphone.

The underlying reports are voluminous and cannot be conveniently examined in court for the limited timing information at issue. Defendant produced the underlying reports in discovery and therefore has the originals or duplicates from which the summary was prepared. Plaintiff will also make the underlying reports available to the Court and Defendant at trial if requested.

For these reasons, and for the reasons stated in the accompanying memorandum of law, Mr. Picard respectfully requests that the Court admit the summary table under Federal Rule of Evidence 1006 and permit Mr. Picard to use the timing evidence for the limited purposes described in the accompanying memorandum.

Respectfully Submitted,

Dated: July 2, 2026.    /s/ Michael Picard

THE PLAINTIFF,
MICHAEL PICARD
142 Bissell St.
Manchester, CT 06040
Phone: (959) 910-1509
Email: Michael@Picard.co

2

## **Certificate of Compliance with Local Rule 7.1(a)(2)**

I hereby certifies that, pursuant to **L.R., D. Mass. 7.1(a)(2)**, Plaintiff and Defendant conferred on July 1, 2026, but were unable to resolve or narrow the issues raised in this motion.

/s/ Michael Picard

Michael Picard

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I filed the foregoing Plaintiff's Motion in Limine No. 1 through the ECF system, which will be sent electronically to all parties registered, or by first class mail to all parties not registered.

/s/ Michael Picard

Michael Picard

3