**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 1:24-cv-12891-WGY**

MICHAEL PICARD,

        Plaintiff,

v.

STEPHEN J. RIDGE,

        Defendant.

**DEFENDANT STEPHEN J. RIDGE'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO ADMIT SUMMARY OF DETECTIVE RIDGE'S POLICE REPORT TIMING UNDER F.R.E. 1006**

Defendant Stephen J. Ridge ("Det. Ridge") moves to oppose Plaintiff, Michael Picard's ("Mr. Picard"), motion in *limine* to admit a summary of his police report timings and prevent him from referencing, arguing, or introducing evidence regarding any police reports written by Det. Ridge unrelated to the events of this case. During the discovery period, Det. Ridge provided Mr. Picard with all police reports authored by Det. Ridge between January 1, 2018 and November 16, 2024. Mr. Picard reviewed approximately 40 police reports, totaling around 133 pages, and converted the reports into a summary that includes the incident number, report type, author, date and time of the incident, date and time the report was written, and elapsed time between the incident and the report.  Det. Ridge seeks to exclude all evidence pertaining to his authored reports on the grounds that such evidence is irrelevant and will mislead and confuse the jury. As further grounds for the motion, Det. Ridge states:

1

1. A chart created to outline various irrelevant property seizures mostly of firearms conducted by Det. Ridge during his time as a detective has no relevance to this case, nor do the individual police reports not pertaining to the events that took place on November 16, 2024. See Fed. R. Evid. 401. These police reports authored by Det. Ridge does not make any fact of consequence in this action more or less probable that it would be without the evidence of those prior seizures and subsequent reports. See id. Simply stated, Det. Ridge's police reports where he seized various objects as part of criminal investigations does not have a bearing on whether Det. Ridge unlawfully seized Mr. Picard's megaphone in this case. The chart is irrelevant.

WHEREFORE, Det. Ridge respectfully requests that this Honorable Court grant his opposition to this motion, exclude all evidence related to any unrelated police reports, preclude all testimony and argument related to those reports, and grant such other and further relief as this Court deems just and proper.

Dated: July 3, 2026

2

Respectfully submitted,

**DEFENDANT,
STEPHEN J. RIDGE**

By his attorney,

MICHAEL FIRESTONE
Corporation Counsel

/s/ Nicole E. Gemba
Edward F. Whitesell, Jr. (BBO#644331)
Senior Assistant Corporation Counsel
Nicole E. Gemba (BBO#707216)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4045 (EFW)
(617) 635-4048 (NEG)
edward.whitesell@boston.gov
nicole.gemba@boston.gov

## CERTIFICATE OF SERVICE

I, Nicole E. Gemba, hereby certify that on July 3, 2026 a true and correct copy of this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

*/s/ Nicole E. Gemba*
Nicole E. Gemba

3